**Ellene Z. ROSENSTEEL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 8204.

Circuit Court of Appeals, Third Circuit.

Argued March 16, 1943.

Decided March 22, 1943.

Norman D. Keller, of Pittsburgh, Pa. (W. A. Seifert, of Pittsburgh, Pa., A. Lloyd Adams, of Johnstown, Pa. and Reed, Smith, Shaw & McClay, of Pittsburgh, Pa., on the brief), for petitioner.

Ray A. Brown, of Washington, D. C. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and J. Louis Monarch, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The decision of the United States Board of Tax Appeals is affirmed for the reasons stated in its opinion, 46 B.T.A. 1184.

■

**STA-FRESH PRODUCTS, Inc., v. AVOSET, Incorporated, Appellant, and Grinrod Process Corporation.**

No. 8239.

Circuit Court of Appeals, Third Circuit.

Argued March 4, 1943.

Decided March 10, 1943.

Lester B. Johnson, of Philadelphia, Pa., for appellant.

Harvey Lechner, of Philadelphia, Pa. (Synnestvedt & Lechner, of Philadelphia, Pa., Charles B. Quarles, of Milwaukee, Wis., and Edward H. Davis, of Philadelphia, Pa., on the brief), for Sta-Fresh, appellee.

Before MARIS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The declaratory judgment entered by the district court is affirmed for the reasons given in the opinion of Judge Kirkpatrick, 46 F.Supp. 447.

■

**JEWETT LUMBER COMPANY, Appellant, v. UNITED STATES GYPSUM COMPANY.**

No. 12262.

Circuit Court of Appeals, Eighth Circuit.

Jan. 4, 1943.

James C. Davis, Jr., and Frank W. Davis, both of Des Moines, Iowa, for appellant.

Clyde B. Charlton, of Des Moines, Iowa, and Cranston Spray, of Chicago, Ill., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs to either party in this Court, on stipulation.